UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11707-GAO

CHARLES C. COOPER,
Petitioner,

v.

YOLANDA SMITH,
Respondent.

ORDER
January 11, 2018

O'TOOLE, D.J.

On August 30, 2017, immigration detainee Charles C. Cooper filed a "Motion for Release on Supervision," which the Court construed as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. The petitioner represented that he had been in post-removal detention since January 13, 2017, and sought immediate release. See Zadvydas v. Davis, 533 U.S. 678, 701 (2001). On December 13, 2017, the respondent filed a notice and supporting declaration informing the Court that the petitioner had been removed from the United States on November 28, 2017. Consequently, the petition is DENIED as MOOT and the action is DISMISSED.

It is SO ORDERED.

                                                  /s/ George A. O'Toole, Jr.
                                                  United States District Judge